UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANTHONY CORONATI,<br><br>　　　　　　　　　　　　　　Defendant. | 1:16-cv<br><br><br>**[PROPOSED]**<br>**ORDER TO SHOW CAUSE** |

　　　　　Upon the application of Plaintiff Securities and Exchange Commission ("Commission") for a judgment pursuant to Section 20(c) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77t(c), Section 21(e)(1) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u(e)(1), Section 209(d) of the Investment Advisers Act of 1940 ("Advisers Act"), 15 U.S.C. § 80b-9(d), and Section 42(d) of the Investment Company Act of 1940 ("Investment Company Act), 15 U.S.C. § 80a-41(d), enforcing compliance by defendant Anthony Coronati ("Coronati") with a final Commission order entered on consent on October 17, 2014 (the "Commission Order") which in part required him to pay disgorgement of $292,646.36, prejudgment interest of $7,353.64, civil penalties of $100,000, and interest pursuant to SEC Rule of Practice 600 and 31 U.S.C. § 3137, and it appearing that an Order to Show Cause why a judgment enforcing the Commission Order should be entered,

　　　　**IT IS HEREBY ORDERED:**

　　　　1.　　That Coronati appear before the undersigned in Courtroom _____, United States Court House, 225 Cadman Plaza East, Brooklyn, New York 11201 at ⎧a date and time to be⎫ _____.m. ⎧fixed by the court following⎫ on _____, ~~2016~~, and show cause why the Commission's application should not be ⎧the parties' briefing⎫ granted and judgment entered enforcing the Commission Order.



2. The Commission shall serve Coronati with a copy of this Order to Show Cause and a copy of the Commission's Application no later than 5:00 p.m. on May 2, 2016, 2016, and make return of service to the Court.

3. Coronati shall file any opposition papers by 5:00 p.m. on May 16, 2016, 2016, and shall within that time serve the Commission with such papers. Service on the Commission shall be made by: (1) physical delivery to Elizabeth Reilly Goody, Esq. Securities and Exchange Commission, New York Regional Office, 200 Vesey Street, Room 400, New York, NY 10281-1022; (2) email to GoodyE@sec.gov; or (3) the CM/ECF system of this Court.

4. The Commission may file reply papers no later than 5:00 p.m. on May 23, 2016, 2016 and serve such reply papers on Coronati by: (1) physical delivery to Rogers at the address designated in his opposition papers; (2) email to such address as Coronati may designate; or (3) the CM/ECF system of this Court if Coronati appears by counsel.

5. If Coronati shall fail to file opposition papers and/or to appear at the scheduled hearing, the Court may find Coronati in default and enter judgment without further notice being given.

Dated: April 25, 2016
Brooklyn, New York

UNITED STATES DISTRICT JUDGE

2