UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
UNITED STATES SECURITIES AND EXCHANGE                              :          16-CV-2022 (ARR)(RLM)
COMMISSION,                                                        :
                                                                   :          NOT FOR ELECTRONIC
              Plaintiff,                                           :          OR PRINT PUBLICATION
                                                                   :
       -against-                                                   :          ORDER
                                                                   :
ANTHONY CORONATI,                                                  :
                                                                   :
              Defendant.                                           :
------------------------------------------------------------------ X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated

October 14, 2016, from the Honorable Roanne L. Mann, United States Magistrate Judge. No

objections have been filed. Accordingly, the court has reviewed the Report and

Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed.

R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-

CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having

reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its

entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, plaintiff's motion for entry of default judgment is granted. Plaintiff is

awarded the following sums: (1) disgorgement with prejudgment interest as of October 17, 2014

in the amount of $150,000, plus prejudgment interest, compounded quarterly, at an annual rate of

three percent for the time period between October 17, 2014, and March 31, 2016, and at an

annual rate of four percent for the time period between April 1, 2016, and the date of judgment;

and (2) civil penalties in the amount of $100,000, plus interest at an annual rate of one percent

from October 17, 2014, through the date of judgment.

SO ORDERED.

/s/(ARR)

Allyne R. Ross
United States District Judge

Dated: November 1, 2016
      Brooklyn, New York